UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHARLES RAY RICKETTS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 2:22-cv-889-LCB-GMB |
| MARK PETTAWAY, *et al.*, | ) ) ) |
| Defendants. | ) |

### **ORDER**

Plaintiff Charles Ray Ricketts has filed a motion for discovery requesting "all video—body cam, dash cam and all other videos." Doc. 38. After Ricketts filed a previous motion for discovery noting that the thumb drive he received from the defendants did not include body and dash camera recordings from Defendants Patterson and Streit (Doc. 21 at 1), defense counsel represented that the defendants had now produced all body worn cameras and dash camera recordings in their possession. Doc. 25 at 1.

The court then ordered Patterson and Streit to file declarations attesting to the veracity of counsel's representation. Doc. 28. On April 28, 2023, Patterson and Streit filed their affidavits, affirming that they do not have any recordings they have not produced. Docs. 30-1 & 30-2.

Accordingly, it is ORDERED that Ricketts' motion for discovery (Doc. 38)

is DENIED.

The Clerk of Court is DIRECTED to mail a copy of the docket sheet in this action to the plaintiff along with his copy of this order.

DONE and ORDERED on December 21, 2023.

_____
GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE