Charles Ray Ricketts

v.

Mark Pettaway

Case No. 2:22-cv-889-LCB-GMB

## Motion for Discovery

1. Need to know all units on scene and if they've units have cameras in them? Whats units we have video from and if they have cameras where are the videos?

2. need Nicholas Vacolacus Bage and unit number Also need to get the video from Nicholas Vacolacus (not sure of spelling?) taking me from the scene to Jefferson co. Jail. I asked officer Vacolacus if the camera was on and he told me yes its on. I then told officer Vacolacus I had my teeth kicked out and I was hurt and needed to be taken to the Hospital. Officer Vacolacus told me he had orders to take me to the jail and not the Hospital.

3. need to get the videos from the jail when officer Vacolacus brings me in. Once in the jail they put me in a holding cell for three days. no phone call no

medical help nothing but food for three days. It will also show Officer Nicholas Vacolacus is the officer who transported me from the scene to Jail.

4  Will also show Defendants are with holding Discovery and doing all they can to cover this up.

5. Need all my Discovery and property that the Jefferson co Jail has missed placed my Discovery so I couldn't answer the courts. They still have all my legal works and property at the Jail, they can't seem to find it? Officer Love Booked me in when I came from prison to Jefferson co Jail 1/31/23 they have video of me being booked back in Jefferson co Jail. That will show a bag full of legal work and my property that they wouldn't let me have when I was a the Jail.

6  I need all X-Rays and Dental Records from Jefferson co Jail Dentist, from July 28, 2020 to date. To prove what teeth are broken and damaged. Once I seen the Dentist at the Jail. Also prove how long it took for me to get any medical help.

7. Need all medical request & Greverces submitted from 7/28/20 to date to show I've tried to get help from Jefferson co sheriffs office to report what happened and to get my Discovery once they took it from me. To prove my case from Jefferson co Jail.

8. I request a phone confrence with the Defendants and United States Magistrate Judge Gray M. Borden to clear up any and all questions about my requests to get Discovery, videos, medical request & Greverces.

Once I get my Discovery back and have all other proff I believe that everything I've said will be shown to the courts and will prove my case.

Respectfully Submitted

Charles Any Ricketts
1/8/24   AIS# 279550

Charles Richards
565 North Bibb Lane
Brint, Al 35034

BIRMINGHAM AL 350
9 JAN 2024 PM

This correspondence is forwarded from
an Alabama State Prison. The contents have
not been evaluated, and the Alabama
Department of Corrections is not responsible
for the substance or content of the enclosed
communication.

US POSTAGE PITNEY BOWES
ZIP 35034
02 7H
0006141322
$ 000.63⁰
JAN 09 2024

SECURITY
JAN 10 2024
U.S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

Clerk of court
united states district court
north District of Alabama
101 Holmes Ave N.E.
Huntsville, Al 35801