# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **CHARLES RAY RICKETTS,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 2:22-cv-889-LCB-GMB |
| **MARK PETTAWAY,** *et al.*, | ) |
| **Defendants.** | ) |

## MEMORANDUM OPINION

The Magistrate Judge entered a report on January 25, 2024, recommending that the court treat the defendants' special report as a motion for summary judgment and grant the motion. (Doc. 44). Although the court advised the parties of their right to file specific written objections within 14 days, the court has not received any objections.

After careful consideration of the record in this case and the Magistrate Judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court finds that the defendants' motion for summary judgment is due to be **GRANTED**. A final judgment will be entered.

**DONE** and **ORDERED** this February 20, 2024.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE